**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00780-CV

**MICHAEL O. PICKENS, Appellant**

**V.**

**ELIZABETH CORDIA, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01890-F**

## ORDER

We **GRANT** appellees'/cross-appellant's August 29, 2013 unopposed motion for an extension of time to file a brief. We **ORDER** the amended combined brief of appellees/cross-appellant that was tendered to this Court on August 29, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
          JUSTICE